# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Julius A. Harvell | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 3:13-cv-00614-MOC |
| | ) | 3:11cr00258-MOC |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2013 Order.

November 15, 2013

Frank G. Johns, Clerk
United States District Court